429 A.2d 735

Commonwealth v. Hayes, Appellant.

Submitted June 29, 1979. Hugh C. Clark, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Judgment of sentence affirmed.